# Court of Appeals
# of the State of Georgia

ATLANTA, December 18, 2025

*The Court of Appeals hereby passes the following order:*

## A26E0108. O'NEAL WILLIAMS et al. v. SUSAN S. CAMP, JUDGE et al.

Upon the Georgia Supreme Court's transfer to this Court of Petitioners O'Neal Williams and Monica Williams's "Emergency Petition for Writ of Mandamus, Prohibition, and/or Other Extraordinary Relief and for Immediate Stay of Eviction" and this Court's subsequent consideration of same, the petition is DENIED. See *Arnold v. Alexander*, 321 Ga. 330, 335 (1) n. 6 (914 SE2d 311) (2025).[1]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 12/18/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] This Court previously denied Petitioners's related "Emergency Motion for Immediate Stay Pending Appeal." See A26E0082 (November 5, 2025).